# CASOS RESUELTOS SIN OPINIÓN DESDE JULIO 14, 1922 A MAYO 29, 1923.

No. 2817. AMERICAN COLONIAL BANK, APELADOS *v.* PEÑA ET AL., APELANTES.—Corte de Distrito de Humacao. Nulidad de escritura. Resuelto en julio 14, 1922. Examinada la moción del apelado y la certificación que se acompaña, y no habiéndose radicado el pliego de excepciones ni la exposición del caso dentro del término legal y tampoco solicitado prórroga alguna, se declara con lugar la moción y se desestima la apelación.

No. 2746. SALAMÁN, APELANTE, *v.* HON. F. SCHROEDER, APELADO.—Corte de Distrito de San Juan, Distrito Segundo. *Certiorari.* Resuelto en julio 20, 1922. Moción de desestimación de apelación. Apareciendo que la transcripción de autos se ha radicado en 9 de mayo último y que ni en 29 de junio, fecha de la moción ni a la fecha de la celebración de la vista, 10 de julio corriente, ha presentado su alegato el apelante, se declara con lugar la moción y se desestima la apelación.

No. 2798. TORRES ET AL., APELANTES *v.* CABALLERO, APELADO.—Corte de Distrito de Arecibo. Resuelto en julio 20, 1922. Vista la moción de desistimiento de apelación presentada por los apelantes, y la certificación que se acompaña, se les tiene por desistidos de la apelación.

No. 2829. SMITH, EX PARTE, *v.* CORTE DE DISTRITO DE SAN JUAN, SEGUNDO DISTRITO.—Resuelto en julio 21, 1922. Vista la moción de desistimiento de apelación presentada por el apelante, se tiene por desistido de la apelación.